ACCEPTED
14-14-00407-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 12:15:08 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS

## FOURTEENTH SUPREME JUDICIAL DISTRICT

## HOUSTON TEXAS

**JOSE SEGOVIA**

§

**v.** §

§

**SANTOS SAN JUAN D/B/A**

**SANTOS WRECKER SERVICE** §

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 12:15:08 PM
NO. 14-14--00407-CVISTOPHER A. PRINE
Clerk

# THIRD MOTION FOR EXTENSION OF TIME
# TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

I.

COMES NOW, Santos San Juan d/b/a Santos Wrecker Service, Appellant in the above entitled and numbered cause, under the authority of Tex. R. App. P. Rules 9 and 10 would respectfully request this Court grant an extension of time to file Appellant's Brief and would show the following:

I.

Appellant's brief is currently due on or about September 1, 2015.

II.

This is Appellant's third motion for extension of time to file his brief.

III.

Appellant's attorney, Lawrence F. Cerf, has made significant progress in reviewing the record and researching the issues. However, this work was juggled with the attorney's other work load from other cases and, in fact, he could not take his designated vacation time as he needed to keep "above water" on his cases.

1

IV.

Accordingly the Appellant asks for a final 45 days to complete and file his brief.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel prays for this court to extend the time for filing Appellant's brief until **October 15, 2015** which is sixty (45) days from the current deadline.

Respectfully submitted,


/S/ Lawrence F. Cerf

_____

Lawrence F. Cerf
Texas Bar Number 04047300
1221 Studewood St.
Houston, TX 77008
(713) 520-5949; (713) 426-1202 Fax
Lawrencecerf@aol.com
ATTORNEY OF APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Appellant's MOTION was e mailed to the opposing counsel of record Leonid Kishinevsky at his e mail address of Leo@nielsentriallaw this 1st Day of September, 2015 and said transmission was completed.

/S/ Lawrence F. Cerf


_____
Lawrence F. Cef

2